IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) No. 4:22CR40001-001-008 <br> ) |
| v. | ) 21 U.S.C. § 841(a)(1), 846 <br> ) 21 U.S.C. § 841(b)(1)(C), (E) <br> ) 21 U.S.C. § 841(b)(2) |
| TAWNYA LEE LANSDELL - 001 <br> CLAIRE TERECE RUSSELL - 002 <br> WENDY WYNETTE GAMMON - 003 <br> SHELLY RAE EASTRIDGE - 004 <br> BONITA LOIS MARTIN - 005 <br> CANDACE MICHELLE WHITELY - 006 <br> 007 - GINA M. RICHARDSON, and <br> STEPHEN HADEN SULLIVAN - 008 | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
MAR - 2 2022
By
JAMIE GIANI, Clerk
Deputy Clerk

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT 1

Beginning in or about January 2019, and continuing through on or about August 1, 2021, in the Western District of Arkansas and elsewhere, the defendants,

TAWNYA LEE LANSDELL
CLAIRE TERECE RUSSELL
WENDY WYNETTE GAMMON
SHELLY RAE EASTRIDGE
BONITA LOIS MARTIN
CANDACE MICHELLE WHITELY
GINA M. RICHARDSON, and
STEPHEN HADEN SULLIVAN

did conspire with each other and others known and unknown to the grand jury to knowingly and intentionally possess with intent to distribute and to distribute Schedule II controlled substances, hydrocodone and oxycodone, and other Schedule II, III, and IV controlled substances, without an effective prescription in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), Title 21, United States Code, Sections 841(a)(1) and (b)(1)(E), and Title 21, United

1

States Code, Sections 841(a)(1) and (b)(2), and 21 C.F.R. § 1306.04.

All in violation of Title 21, United States Code, Section 846.

FIRST NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

Upon conviction of one or more controlled substance offenses set forth in Count 1 of this Indictment, TAWNYA LEE LANSDELL, CLAIRE TERECE RUSSELL, WENDY WYNETTE GAMMON, SHELLY RAE EASTRIDGE, BONITA LOIS MARTIN, CANDACE MICHELLE WHITELY, GINA M. RICHARDSON, and STEPHEN HADEN SULLIVAN shall forfeit to the United States pursuant to 21 U.S.C. § 853 all property constituting or derived from, proceeds obtained directly or indirectly from the drug trafficking.

SECOND NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

Upon conviction of one or more controlled substance offenses set forth in Count 1 of this Indictment, TAWNYA LEE LANSDELL, CLAIRE TERECE RUSSELL, WENDY WYNETTE GAMMON, SHELLY RAE EASTRIDGE, BONITA LOIS MARTIN, CANDACE MICHELLE WHITELY, GINA M. RICHARDSON, and STEPHEN HADEN SULLIVAN shall forfeit to the United States pursuant to 21 U.S.C. § 853, all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

A True Bill.

/s/Grand Jury Foreperson
Grand Jury Foreperson

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

By: *Anne E. Gardner*
Anne E. Gardner
Special Assistant U.S. Attorney
Bar No. VA 41461
P.O. Box 1229
Little Rock, AR 72203
Telephone: (501) 340-2600
Email: Anne.Gardner2@usdoj.gov