IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. 4:22-CR-40001-001-008 |
| ) | |
| TAWNYA LEE LANSDELL ) | |
| CLAIRE TERECE RUSSELL ) | |
| WENDY WYNETTE GAMMON ) | |
| SHELLY RAE EASTRIDGE ) | |
| BONITA LOIS MARTIN ) | |
| CANDACE MICHELLE WHITELY ) | |
| GINA M. RICHARDSON, and ) | |
| STEPHEN HADEN SULLIVAN ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR UNSEALING OF INDICTMENT AT SPECIFIC TIME

COMES NOW the United States by and through undersigned counsel and hereby moves this Court to unseal the Indictment filed in this matter. In support of this Motion, the Government states the following:

1. On March 2, 2022, an Indictment was filed in this matter charging the defendants with one count of conspiracy to knowingly and intentionally possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846. The Indictment was sealed pending further order of this Court.

2. On March 7, 2022, defendants were served with summons to appear before the Court for plea and arraignment.

3. As the defendants have been served and advised of their arraignment date, the United States respectfully requests that this Court issue an order directing the Clerk of the Court to unseal the above-referenced Indictment in full.

Respectfully submitted,

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

By: /s/ Anne E. Gardner
Anne E. Gardner
Special Assistant U.S. Attorney
Bar No. VA 41461
P.O. Box 1229
Little Rock, Arkansas 72203
Telephone: (501) 340-2600
Email: Anne.Gardner2@usdoj.gov