IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

**UNITED STATES OF AMERICA**                                    PLAINTIFF

vs.                                                            Case No.: 4:22CR40001-001

Tawnya Lee Lansdell                                             DEFENDANT

**CONSENT TO HOLD PROCEEDINGS BY VIDEO TELECONFERENCING OR TELEPHONE**

As you are aware, a National Emergency was declared pertaining to the COVID-19 pandemic. This situation may require the use of video teleconferencing (VTC), or the telephone, in lieu of in-court appearances. In order for such technologies to be used in place of in-court hearings in your case, you will need to provide consent.

By your signature below you are agreeing, after consultation with your attorney, to allow court hearings in your case to proceed by use of video teleconferencing, or by telephone. These hearings include but are not limited to initial appearance, arraignment, detention, pre and post-trial motions, pre-trial conferences, change of plea, sentencing, and revocation. This consent shall remain in effect until such as time as you revoke it by written notice mailed to your attorney.

_____                              3/4/22
Defendant                                                     Date

_____                              3/4/22
Attorney for Defendant                                        Date

**CONSENTIMIENTO PARA LLEVAR A CABO PROCEDIMIENTOS POR VIDEO-TELECONFERENCIA O TELEFONO**

Como ya lo sabe, se ha declarado una emergencia nacional en todo el pais debido a la pandemia causada por el virus COVID-19. Debido a esta situacion es possible que en lugar de comparecer en el tribunal, estas audiencias se lleven a cabo por medio del telefono o video teleconferencias. Para que esto pueda llevarse a cabo, necesitaremos de su consentimiento.

Al firmar acuerda, que despues de haber consultado con su abogado, nos permite que las audiencias en su caso se lleven a cabo por medio te video-teleconferencia o llamadas telefonicas. Dichas audiencias incluyen pero no estan limitadas a lo siguiente, comparecencias iniciales, presentacion oficial de acusaciones, fianza, peticiones pre y post juicio, conferencias previas al juicio, cambio de declaracion a culpabilidad, sentencia, revocacion de libertad. Este consentimiento debera de permanecer en efecto hasta que usted lo revoque por escrito enviandole una carta a su abogado.

_____                              _____
Acusado                                                       Fecha

_____                              _____
Abogado para el acusado                                       Fecha