UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.                                      ) | CASE NO.:   4:22CR-40001-SOH-01 |
| ) | |
| TAWYNA LEE LANSDELL            ) | |

## MOTION TO MODIFY CONDITIONS OF RELEASE

The Defendant, Tawnya Lee Lansdell, by and through her counsel, Erin Cassinelli, states in support of her Motion to Modify Conditions of Release:

1. On March 9, 2022, the Court issued an Order setting the Defendant's Conditions of Release. One of the conditions set by this Court in that Order is that the Defendant's travel is restricted to the Western District of Arkansas and Bowie County, Texas, with an exception for medical appointments in Idabel, Oklahoma and/or the Eastern District of Arkansas. The Defendant currently has to obtain prior approval from pretrial services for medical appointments in Idabel, Oklahoma. The Court also ordered an unsecured appearance bond of $5,000.

2. Ms. Lansdell is an indigenous person and a member of the Choctaw Nation. She and her family have deep rooted ties to the Choctaw Nation and the Choctaw reservation. During the holidays, the Choctaw Nation hosts several events on the reservation.

3. Ms. Lansdell's elderly mother has had increased difficulty in driving and thus needs transportation when she has to leave her residence to pick up commodities, pick up prescriptions at the pharmacy, and go to the doctor. As an older member of the Choctaw Nation, Ms. Lansdell's mother receives commodities at the Choctaw Nation Food Distribution Center

1

located in Broken Bow, OK. Additionally, Ms. Lansdell's mother receives medical care and treatment in Idabel, OK and in Broken Bow, OK.

4.  That as a member of the Choctaw Nation, Ms. Lansdell receives benefits. One of those benefits is being able to go to the walk-in medical clinic in Broken Bow, OK. That when Ms. Lansdell needs urgent medical care, she is not always able to secure an appointment at her doctor's office in Idabel, OK. The walk-in medical clinic in Broken Bow, OK does not require appointments and provides urgent medical care.

5.  That both Broken Bow and Idabel are located in McCurtain County, Oklahoma. McCurtain County borders Little River County, Arkansas, which is where the Defendant resides.

6.  Ms. Lansdell respectfully requests that her conditions of release be modified to include an exception for travel to and from McCurtain County, Oklahoma for the purposes listed below. Due to the frequent, and sometimes urgent, purposes for Ms. Lansdell's travel to McCurtain County, she respectfully requests that the travel to McCurtain County be permitted without having to obtain prior approval from pretrial services.

   a. To drive her mother to and from McCurtain County, OK to pick up commodities at Choctaw Nation Food Distribution Center in Broken Bow, OK approximately every 2-3 weeks.

   b. To drive her mother to and from her mother's doctor for medical appointments in Idabel, OK, and, if her mother is sick, to the walk-in medical clinic in Broken Bow, OK.

   c. To drive to Broken Bow, OK to the walk-in clinic for urgent medical care and is unable to get an appointment at her doctor's office in Idabel.

   d. To attend Choctaw Reservation events in McCurtain County, OK.

    e. To attend Choctaw Nation Veterans Advocacy events in McCurtain County, OK.

7. Ms. Lansdell has never been subject to pretrial release revocation proceedings in this matter. Ms. Lansdell agrees to abide by all other previously order conditions of release set by this Court.

WHEREFORE, the Defendant, Tawnya Lansdell, asks the Court to grant her motion to modify her conditions of release to include travel to and from McCurtain County, Oklahoma, and for any other relief the Court finds appropriate.

           Respectfully Submitted,

           **Erin Cassinelli**
           ABN 2005118
           erin@lcarklaw.com
           **LASSITER & CASSINELLI**
           1218 West Sixth Street
           Little Rock, AR 72201
           Office: (501) 370-9300
           *Attorney for Defendant*