IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                           Case No 4:22-cr-40001-001

TAWNYA LEE LANSDELL                                                                      DEFENDANT

## ORDER

Before the Court is the Motion to Modify Conditions of Release filed herein by the Defendant Lansdell. ECF No. 155. The Government opposes this Motion. ECF No. 157. The Motion was referred to the undersigned for decision. ECF No. 156. The Court has conferred with the United States Probation Office ("USPO") and finds that no hearing is necessary in this matter.

On March 9, 2022, the Court issued an Order setting the Defendant's Conditions of Release. ECF No. 35. Defendant's travel was restricted to the Western District of Arkansas and Bowie County, Texas, with an exception for medical appointments in Idabel (McCurtain County), Oklahoma, and the Eastern District of Arkansas. Defendant now requests that she be allowed to travel to McCurtain County, Oklahoma, without prior approval from the USPO in order to assist her mother and attend events hosted by the Choctaw Nation Reservation. McCurtain County, Oklahoma, is adjacent to Defendant's home county, Little River County, Arkansas. The USPO has no objections to this requested modification.

The Court finds the request should be granted, with one modification as set out below.

**IT IS THEREFORE ORDERED** Defendant's Motion to Modify Conditions of Release (ECF No. 155) is **GRANTED**. The Defendant shall be subject to the following conditions of release:

(1) Except as modified below, all the conditions of pre-trial release previously imposed (ECF No. 35) shall remain in effect.

(2) Defendant may travel to McCurtain County, Oklahoma, without prior approval from the USPO.  However, Defendant must notify the USPO of any such travel prior to the travel.  Notification may be in any form directed by the USPO.

(3) **Failure to comply with any of the conditions of pre-trial release shall subject Defendant to immediate arrest and detention.**

Defense counsel is directed to provide a copy of this Order modifying pre-trial release conditions to Defendant.

**SO ORDERED** this **12th day of December 2022.**

                                             /s/ *Barry A. Bryant*
                                           HON. BARRY A. BRYANT
                                           U.S. MAGISTRATE JUDGE