IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                   Case No 4:22-cr-40001-001

TAWNYA LEE LANSDELL                                                                   DEFENDANT

### ORDER

Before the Court is the Unopposed Motion to Modify Conditions of Release filed herein by the Defendant Tawnya Lansdell. ECF No. 173. The Government does not oppose this Motion. The Motion was referred to the undersigned for decision. ECF No. 174. The Court has conferred with the United States Probation Office ("USPO") and finds that no hearing is necessary in this matter.

The Court's prior orders setting the Defendant's Conditions of Release (ECF No. 35) restricted Defendant's travel was restricted to the Western District of Arkansas and Bowie County, Texas. Defendant was later allowed to travel to McCurtain County, Oklahoma, without prior approval from the USPO in order to assist her mother and attend events hosted by the Choctaw Nation Reservation. ECF No. 160.

The Court finds the instant request should be granted.

**IT IS THEREFORE ORDERED** Defendant's Motion to Modify Conditions of Release (ECF No. 173) is **GRANTED**. The Defendant shall be subject to the following conditions of release:

(1) Except as modified below, all the conditions of pre-trial release previously imposed (ECF Nos. 35 and 160) shall remain in effect.

(2) Defendant may travel for work purposes within the United States, without prior approval from the USPO. However, Defendant must notify the USPO of any such travel prior to the travel. Notification may be in any form as directed by the USPO.

(3) **Failure to comply with any of the conditions of pre-trial release shall subject Defendant to immediate arrest and detention.**

Defense counsel is directed to provide a copy of this Order modifying pre-trial release conditions to Defendant.

**SO ORDERED** this **9th day of May 2023.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE